# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

HOYT TORREY,

                                        Plaintiff,

v.

UNIVERSITY MEDICAL CENTER OF
SOUTHERN NEVADA,

                                        Defendant.

HOYT TORREY,

                                        Plaintiff,

v.

HENDERSON DISTRICT PUBLIC
LIBRARIES,

                                        Defendant.

HOYT TORREY,

                                        Plaintiff,

v.

SOUTHERN NEVADA HEALTH
DISTRICT,

                                        Defendant.

HOYT TORREY,

                                        Plaintiff,

v.

HENDERSON LIBRARIES,

                                        Defendant.

Case No.: 2:26-cv-01340-JAD-BNW
Case No.: 2:26-cv-01341-APG-MDC
Case No.: 2:26-cv-01342-JAD-BNW
Case No.: 2:26-cv-01407-MMD-DJA

**ORDER REASSIGNING CASES**

There are three actions pending in this district related to Case No.: 2:26-cv-01340-JAD-BNW. *See* 2:26-cv-01341-APG-MDC; 2:26-cv-01342-JAD-BNW; 2:26-cv-01407-MMD-DJA.

The assigned district judges find that the above-referenced cases are related because Plaintiff's proposed complaint in each case alleges various similar First Amendment violations against different defendants. The assigned judges have determined that *Torrey v. Henderson District Public Libraries*, 2:26-cv-1341-APG-MDC, and *Torrey v. Henderson Libraries*, 2:26-cv-01407-MMD-DJA, should therefore be reassigned to United States District Judge Jennifer A. Dorsey and United States Magistrate Judge Brenda N. Weksler under Local Rule 42-1(a).

It is therefore ordered that *Torrey v. Henderson District Public Libraries*, 2:26-cv-01341-APG-MDC, and *Torrey v. Henderson Libraries*, 2:26-cv-01407-MMD-DJA, are reassigned to Judge Jennifer A. Dorsey and Magistrate Judge Brenda Weksler for all further proceedings.

DATED THIS 13th Day of May 2026.

 

 

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

 

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE